# EXHIBIT A

02/14/2019

| | | | |
|---|---|---|---|
| **RE** | : Barbara Burkhardt | | |
| **SSN** | : ███████ | | |
| **Acct#** | : ███4952 | | |
| **Original Creditor** | : PLAIN GREEN, LLC | **Current Balance** | : $3,348.21 |
| **Third Party** | : PLAIN GREEN, LLC | **Settlement Amount** | : $1,674.00 |
| **ATTN** | : ███████ | | |

Greetings,

Please be advised that the above referenced debtor has hired National Debt Relief in an attempt to settle their outstanding debt(s) in your office. Our client is experiencing a severe financial hardship.

National Debt Relief has been authorized to offer the following terms:

| Payment Date | Payment Amount |
|---|---|
| 03/13/2019 | $50.00 |
| 04/13/2019 | $50.00 |
| 05/13/2019 | $50.00 |
| 06/13/2019 | $169.00 |
| 07/13/2019 | $169.00 |
| 08/13/2019 | $169.00 |
| 09/13/2019 | $169.00 |
| 10/13/2019 | $169.00 |
| 11/13/2019 | $169.00 |
| 12/13/2019 | $169.00 |
| 01/13/2020 | $169.00 |
| 02/13/2020 | $172.00 |

By signing below you acknowledge that you have the authority to settle the above referenced account for the above listed terms. Upon receipt and clearance of the above reference payment(s), our client will be released from further obligation and the account will be considered settled in full.

| **I have read, understand and agree with the above terms.** | | |
|---|---|---|
| **Authorized Representative** | **Signature** | **Date** |
| {{Sig_es_:signer1:fullname}} | {{Sig_es_:signer1:signature}} | {{Dte_es_:signer1:date}} |

Thank you for your time,