# EXHIBIT B

THIS CHECK IS VOID WITHOUT THE SAFETY FEATURES LISTED ON THE BACK

**Apply to account:** ▉4952 - FBO Barbara Burkhardt ✓   00388035 ✓   0703192540

Global Client Solutions, LLC Custodian
FBO Barbara Burkhardt

32-75 / 1110

DATE 03/06/2019

0202622323

($50.00)

PAY TO THE ORDER OF  (FIFTY DOLLARS AND NO/100)

PLAIN GREEN LLC

AMOUNT **$50.00

Comerica Bank
1717 Main St
Dallas TX 75201

_Void After 90 Days_

Memo: Barbara Burkhardt

---

*FEDERAL RESERVE BANK REGULATION CC

Security features on this document include a Micro-Print Border, Original Document Security Screen, Void Pantograph, Security Fonts, and Security Paper with Bleach and Oxidizer Reactivity, Polar Class Solvent Reactivity, Non-Polar Class Solvent Reactivity, Printloc® and Invisible Embedded Fibers

®Padlock design is a certification mark of Check Payment Systems Assoc.

ENDORSE HERE

DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

For Deposit Only
COMBINED COLLECTIONS
Acct# 1000667914
2019-03-13 12:32
>101206101<

THIS CHECK IS VOID WITHOUT THE SAFETY FEATURES LISTED ON THE BACK

**Apply to account:** ▓4952 - FBO Barbara Burkhardt    00388035    0904191199

Global Client Solutions, LLC Custodian
FBO Barbara Burkhardt

32-75 / 1110

DATE 04/08/2019

0202680090

($50.00)

PAY TO THE ORDER OF   FIFTY DOLLARS AND NO/100    PLAIN GREEN LLC

AMOUNT **$50.00

Comerica Bank
1717 Main St
Dallas TX 75201

Memo: Barbara Burkhardt

Void After 90 Days

---

For Deposit Only
COMBINED COLLECTIONS
Acct# 1000667914
2019-04-16 11:43
>101206101<

THIS CHECK IS VOID WITHOUT THE SAFETY FEATURES LISTED ON THE BACK

| Apply to account: | 4952 - FBO Barbara Burkhardt | | | 0705191189 |
|---|---|---|---|---|

Global Client Solutions, LLC Custodian
FBO Barbara Burkhardt

00388035

32-75
1110

DATE
05/06/2019

0202732368

$50.00

PAY TO THE ORDER OF  FIFTY DOLLARS AND NO/100

PLAIN GREEN LLC

AMOUNT

**$50.00

Comerica Bank
1717 Main St
Dallas TX 75201

Memo: Barbara Burkhardt

Void After 90 Days

---

ENDORSE HERE

DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FOR MOBILE DEPOSIT ONLY

For Deposit Only
COMBINED COLLECTIONS
Acct# 1000667914
2019-05-13 13:48
>101206101<

THIS CHECK IS VOID WITHOUT THE SAFETY FEATURES LISTED ON THE BACK

Apply to account: 4952 - FBO Barbara Burkhardt ✓

0706191616

Global Client Solutions, LLC Custodian
FBO Barbara Burkhardt

32-75 / 1110

DATE 06/06/2019

0202795122

$169.00

00388035 ✓

PAY TO THE ORDER OF (ONE HUNDRED SIXTY-NINE DOLLARS AND NO/100)

PLAIN GREEN LLC

AMOUNT **$169.00

Comerica Bank
1717 Main St
Dallas TX 75201

Memo: Barbara Burkhardt

Void After 90 Days                    MP

---

ENDORSE HERE

X _____

DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FOR MOBILE DEPOSIT ONLY ☐

For Deposit Only
COMBINED COLLECTIONS
Acct# 1000667914
2019-06-14 11:54
>101206101<

THIS CHECK IS VOID WITHOUT THE SAFETY FEATURES LISTED ON THE BACK

Apply to account: ####4952 - FBO Barbara Burkhardt 0907191428

Global Client Solutions, LLC Custodian
FBO Barbara Burkhardt

32-75 / 1110

DATE 07/08/2019

0202856624

$169.00

PAY TO THE ORDER OF: PLAIN GREEN LLC

ONE HUNDRED SIXTY-NINE DOLLARS AND NO/100

AMOUNT **$169.00

Comerica Bank
1717 Main St
Dallas TX 75201

Memo: Barbara Burkhardt

Void After 90 Days

---

For Deposit Only
COMBINED COLLECTIONS
Acct# 1000667914
2019-07-16 12:08
>101206101<

THIS CHECK IS VOID WITHOUT THE SAFETY FEATURES LISTED ON THE BACK

**Apply to account:** ███4952 - FBO Barbara Burkhardt ✓     0708191182

Global Client Solutions, LLC Custodian
FBO Barbara Burkhardt

32-75 / 1110

DATE 08/06/2019

0202918618

$169.00

PAY TO THE ORDER OF: ONE HUNDRED SIXTY-NINE DOLLARS AND NO/100    0038803 5 ✓

PLAIN GREEN LLC

AMOUNT **$169.00

Comerica Bank
1717 Main St
Dallas TX 75201

Memo: Barbara Burkhardt

Void After 90 Days

---

*FEDERAL RESERVE BANK REGULATION CC

Security features on this document include a Micro-Print Border, Original Document Security Screen, Void Pantograph, Security Fonts, and Security Paper with Bleach and Oxidizer Reactivity, Polar Class Solvent Reactivity, Non-Polar Class Solvent Reactivity, Printloc® and Invisible Embedded Fibers.

©Padlock design is a certification mark of Check Payment Systems Association

ENDORSE HERE
X
FOR MOBILE DEPOSIT ONLY
DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

For Deposit Only
COMBINED COLLECTIONS
Acct# 1000667914
2019-08-12 12:28
>101206101<

THIS CHECK IS VOID WITHOUT THE SAFETY FEATURES LISTED ON THE BACK

Apply to account: 4952 - FBO Barbara Burkhardt

Global Client Solutions, LLC Custodian
FBO Barbara Burkhardt

00388035

32-75 / 1110

DATE 09/06/2019

0909191754
0202982864

$169.00

PAY TO THE ORDER OF: PLAIN GREEN LLC

ONE HUNDRED SIXTY-NINE DOLLARS AND NO/100

AMOUNT **$169.00

Comerica Bank
1717 Main St
Dallas TX 75201

Memo: Barbara Burkhardt

Void After 90 Days

---

*FEDERAL RESERVE BANK REGULATION CC

Security features on this document include a Micro-Print Border, Original Document Security Screen, Void Pantograph, Security Fonts, and Security Paper with Bleach and Oxidizer Reactivity, Polar Class Solvent Reactivity, Non-Polar Class Solvent Reactivity, Pinillo© and Invisible Embedded Fibers

@Padlock design is a certification mark of Check Payment Systems Association

ENDORSE HERE
X
□ FOR MOBILE DEPOSIT ONLY
DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

For Deposit Only
COMBINED COLLECTIONS
Acct# 1000667914
2019-09-16 12:00
>101206101<

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

**Barbara Burkhardt**

7581

December 06, 2019

Pay to the Order of: Alliant Capital Management, LLC     $169.00

One Hundred Sixty-Nine Dollars Exactly

Alliant Capital Management, LLC
By Alliant Capital Management, LLC as authorized signatory
for

Memo: Account ID: 9320

---

DocuGard 04539 – 13 Security Features
Dor Gard checks are Check 21 compliant
- Prin's "VOID" on front when duplicated
- Watermarks on check can be seen when held at an angle
- Coin reactive ink – watermark changes color when scratched with a coin
- Pattern on background on front highlights erasure alterations
- Microtext print contains the DocuGard name and is difficult to copy
- Security warning is printed on front of check
- Ar* solve backer delcrs splicing
- Verification number can be seen when scratched with a coin
- Security Features Box lists tamper resistant attributes
- Red shield on front is heat sensitive and disappears if subject to heat or touch
- Two tone colors on front fade a layer of security
- Fluorescent area prints "VOID" when duplicated
- Absence of any of these features may indicate alteration

<011300595> Cambridge Trust Company

Scratch box for verification number

ENDORSE CHECK HERE
X
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
DATE
Deposit Only
DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

Barbara Burkhardt

7582

January 06, 2020

Pay to the Order of: Alliant Capital Management, LLC     $169.00

One Hundred Sixty-Nine Dollars Exactly

Alliant Capital Management, LLC
By Alliant Capital Management, LLC as authorized signatory
for

Memo: Account ID: 9320

---

THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES:
- INVISIBLE FLUORESCENT FIBERS
- THREE STAIN SET
- UV DULL
- MICRO PRINT

ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION

PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK PAYMENT SYSTEMS ASSOCIATION

* FEDERAL BANKING ACT 1987 - FEDERAL RESERVE REG CC

<011300595> Cambridge Trust Company

PLEASE ENDORSE HERE

Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

Barbara Burkhardt

8621

January 28, 2020

Pay to the Order of: Alliant Capital Management, LLC $338.00

Three Hundred Thirty-Eight Dollars Exactly

Alliant Capital Management, LLC
By Alliant Capital Management, LLC as authorized signatory
for

Memo: Account ID: 9320

---

**DocuGard 04539 - 13 Security Features**

- DocuGard checks are Check-21 compliant
- Prints 'VOID' on front when duplicated
- Watermarks on back can be seen when held at an angle
- Coin reactive ink on watermark changes color when scratched with a coin
- Patterned background on front highlights erasure alterations
- Microtext print contains the DocuGard name and is difficult to copy
- Security warning is printed on front of check
- Any splice backer deters splicing
- Verification number can be seen when scratched with a coin
- Security Features Box lists tamper-resistant attributes
- Red shield on front is heat-sensitive and disappears if subject to heat or touch
- Two tone colors on front add a layer of security
- Endorsement area prints 'VOID' when duplicated

Absence of any of these features may indicate alteration.

<011300595  Cambridge Trust Company

Scratch box for verification number

ENDORSE CHECK HERE
X
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
DATE
DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

**Barbara Burkhardt**　　　　　　　　　　　　　　　　　　　　　　　8620

February 06, 2020

Pay to the Order of:　Alliant Capital Management, LLC　　　　　　　$172.00

One Hundred Seventy-Two Dollars Exactly

Alliant Capital Management, LLC
By Alliant Capital Management, LLC as authorized signatory

Memo:　Account ID: ▮9320

---

DocuGard 04539 – 13 Security Features

- DocuGard checks are Check-21 compliant
- Prints "VOID" on front when duplicated
- Watermarks on back can be seen when held at an angle
- Coin-reactive ink on watermark changes color when scratched with a coin
- Patterned background on front highlights erasure alterations
- Microtext print contains the DocuGard name and is difficult to copy
- Security warning is printed on front of check
- Anti-splice backer deters splicing
- Verification number can be seen when scratched with a coin
- Security Features Box lists tamper-resistant attributes
- Red shield on front is heat-sensitive and disappears if subject to heat or touch
- Two tone colors on front are a layer of security
- En dorsement area prints "VOID" when slip tested

Absence of any of these features may indicate alteration.

<011300595⦙ Cambridge Trust Company

Scratch box for Verification number

ENDORSE CHECK HERE
X
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
DATE
**Deposit Only**
DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE